Nathan MCNEIL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 19, 2016

Supreme Court of Delaware.

Submitted: January 25, 2016
Decided: February 25, 2016

DISMISSED.